UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA LAURA CONDE MARTINEZ, *individually and on behalf of others similarly situated,*<br><br>　　　　　　　　　　　　　*Plaintiff,*<br><br>-against-<br><br>THE CRUS-Z FAMILY CORP. (D/B/A THE CRUS-Z FAMILY), ANDRES CRUZ, JUAN CARLOS MORA, and DAVID CRUZ,<br><br>　　　　　　　　　　　　　*Defendants.* | Case No. 1:19-cv-571<br><br>**NOTICE OF APPEARANCE** |

　　The undersigned attorney respectfully requests the Clerk and all parties to note his appearance in this case as retained counsel for Defendants THE CRUS-Z FAMILY CORP. (D/B/A THE CRUS-Z FAMILY), ANDRES CRUZ, and DAVID CRUZ and demands all papers and pleadings in this matter to be served upon him via the CM/ECF automated system and/or the e-mail address listed below.

Dated: April 2, 2019

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　T. Bryce Jones
　　　　　　　　　　　　　　　　　　　　　　　**Jones Law Firm, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　　　*The Crus-Z Family Corp.,*
　　　　　　　　　　　　　　　　　　　　　　　*Andres Cruz, and David Cruz*
　　　　　　　　　　　　　　　　　　　　　　　450 7th Avenue, Suite 1408
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10123
　　　　　　　　　　　　　　　　　　　　　　　(212) 258-0685
　　　　　　　　　　　　　　　　　　　　　　　bryce@joneslawnyc.com