UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA LAURA CONDE MARTINEZ, *individually and on behalf of others similarly situated*,<br><br>         *Plaintiff*,<br><br>-against-<br><br>THE CRUS-Z FAMILY CORP. (D/B/A THE CRUS-Z FAMILY), ANDRES CRUZ, JUAN CARLOS MORA, and DAVID CRUZ,<br><br>         *Defendants*. | Case No. 1:19-cv-571<br><br>**NOTICE OF APPEARANCE** |

   The undersigned attorney respectfully requests the Clerk and all parties to note his appearance in this case as retained counsel for Defendants THE CRUS-Z FAMILY CORP. (D/B/A THE CRUS-Z FAMILY), ANDRES CRUZ, and DAVID CRUZ and demands all papers and pleadings in this matter to be served upon him via the CM/ECF automated system and/or the e-mail address listed below.

Dated: April 2, 2019

                       Respectfully submitted,

                       _____
                       John J. Thompson
                       **Jones Law Firm, P.C.**
                       *Attorneys for Defendants*
                       *The Crus-Z Family Corp.,*
                       *Andres Cruz, and David Cruz*
                       450 7th Avenue, Suite 1408
                       New York, NY 10123
                       (212) 258-0685
                       john.t@joneslawnyc.com