UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA LAURA CONDE MARTINEZ, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>THE CRUS-Z FAMILY CORP. (D/B/A THE CRUS-Z FAMILY), ANDRES CRUZ, JUAN CARLOS MORA, and DAVID CRUZ,<br><br>*Defendants.* | Case No. 1:19-cv-00571-FB-PK<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants THE CRUS-Z FAMILY CORP. (D/B/A THE CRUS-Z FAMILY) (hereinafter, "Crus-Z"), a non-governmental corporate party, states as follows:

1. Crus-Z has no corporate parent.

2. Based solely on Crus-Z's knowledge, no publicly held corporation owns 10% or more of Crus-Z Family's stock.

Dated: May 23, 2019
      New York, New York

                                                          John J. Thompson, Esq.
                                                          Jones Law Firm, P.C.
                                                          450 Seventh Avenue, Suite 1408
                                                          New York, New York 10123
                                                          (212) 258-0685
                                                          John.t@joneslawnyc.com
                                                          *Attorneys for Defendants The Crus-Z Family Corp. (d/b/a The Crus-Z Family), Andres Cruz, and David Cruz*