Case Number: 1:19 - CV - 00571 ( FB ) (PK)

## PROPOSED DISCOVERY PLAN

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | June 25, 2019 |
| 2. Rule 26(a)(1) disclosures exchanged | | | Junes 25, 2019 |
| 3. Requests made: | | | |
|     a. Medical records authorization | N/A | | |
|     b. Section 160.50 releases for arrest records | N/A | | |
|     c. Identification of John Doe/Jane Doe defendants | N/A | | |
|     d. Proposed Stipulation of Confidentiality | Yes | | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | Yes | | |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | No | | |
| 2. Defendant to make settlement offer | No | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | Yes | | Aug. 16, ~~July 19~~, 2019 — report due Aug. 19, 2019 |
| 4. Settlement Conference (proposed date) | No | | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | July 25, 2019 |
| 2. Initial documents requests and interrogatories | | | Aug. ~~July~~ 30, 2019 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | Oct. ~~September~~ 16, 2019 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | October 18, 2019 |
| 5. Expert discovery (only if needed) | *Check here if not applicable* ☒ | | |

Rev. 9-14-18

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| Plaintiff expert proposed field of expertise: | N/A | | | |
| Defendant expert proposed field of expertise: | N/A | | | |
| a. Case-in-chief expert report due | | | X | |
| b. Rebuttal expert report due | | | X | |
| c. Depositions of experts to be completed | | | X | |
| 6. Completion of ALL DISCOVERY | | | | Oct. ~~Sept.~~ 16, 2019 |
| 7. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | | Oct. 18, 2019 |
| 8. If District Judge requires Pre-Motion Conference, date to make request | | | | Oct. 25, 2019 |
| 9. If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | | ~~Oct. 15, 2019~~ |
| 10. Joint Pre-Trial Order due (if no dispositive motion filed) | | | | Nov. ~~Oct.~~ 15, 2019 |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | | ☐ Yes ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | | ☐ Yes ☒ No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | X | |
| b. Reply due | | X | |
| 2. Motion for Rule 23 class certification | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |

This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

SO ORDERED:

*Peggy Kuo*                    6/25/19
PEGGY KUO                Date
United States Magistrate Judge

Rev. 9-14-18